In re COHN. (Supreme Court, Appellate Division, First Department. July 12, 1906.) In the matter of Charles Cohn. No opinion. Reference ordered. Settle order on notice.

COLEMAN, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Norah Coleman, as administratrix, etc., of James Coleman, deceased, against the New York City Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

COLTON, Appellant, v. RAYMOND et al., Respondents. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by Charles W. Colton against Irving E. Raymond and others. L. L. Delafield, for appellant. W. B. Hornblower, for respondents. No opinion. Judgment affirmed, with costs, on opinion of the court below. 85 N. Y. Supp. 210. Order filed.

COLUMBUS TRUST CO., Respondent, v. MOSIER, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by the Columbus Trust Company against George Mosier. No opinion. Judgment affirmed, with costs.

CONKLIN, Respondent, v. CONKLIN, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action by Jeannie L. Conklin against Henry Conklin. No opinion. Order affirmed, with $10 costs and disbursements.

CONNELLY, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by John Connelly against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event; on the ground that the case presented a question for the jury.

COONEY v. McGRATH. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Action by Mary Cooney against John E. McGrath. No opinion. Motion granted, with $10 costs. Order filed.

In re COONEY'S WILL. (Supreme Court, Appellate Division, Fourth Department. October 10, 1906.) In the matter of the probate of the last will and testament of Johanna Cooney, deceased. No opinion. Decree of Surrogate's Court affirmed, with costs, on the opinion in same case on former appeal, reported in 112 App. Div. 659, 98 N. Y. Supp. 676.

In re COOPER. (Supreme Court, Appellate Division, Second Department. June 27, 1906.) In the matter of the application of George L. Cooper for admission to the bar. No opinion. Application for admission to the bar granted.

CORN, Appellant, v. ROSENBERG et al., Respondents. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by Henry Corn against Gilbert L. Rosenberg and others. G. Hahn, for appellant. M. J. Stroock, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

COSTET v. JEANTET et al. (two cases). (Supreme Court, Appellate Division, First Department. June 15, 1906.) Actions by Gaston Costet against Edward J. Jeantet and others. No opinion. Motions granted, with $10 costs in each case. Orders filed.

COUDERT, Appellant, v. JARVIS, Respondent. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by Louis L. Coudert, as trustee, against Samuel M. Jarvis. W. B. Crisp, for appellant. A. H. Kohn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Leave granted to appeal to the Court of Appeals. Settle order on notice.

CROTTY, Appellant, v. DE DION–BOUTON MOTORETTE CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Holton M. Crotty against the De Dion–Bouton Motorette Company. No opinion. Judgment in so far as appealed from and order unanimously affirmed, with costs.

In re CULLINAN, Excise Com'r. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) In the matter of the application of Patrick W. Cullinan, as state commissioner of excise, respondent, for an order revoking and canceling liquor tax certificate No. 26,569, issued to Hugo Bauer, appellant. No opinion. Order affirmed with $10 costs and disbursements.

CURTIS BROS. LUMBER CO., Appellant, v. FAWCETT, Respondent. (Supreme Court, Appellate Division, Second Department. September 28, 1906.) Action by the Curtis Bros. Lumber Company against George M. Fawcett. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

CZOSEK, Respondent, v. JAECKLE, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) Action by Paul Czosek, etc., against Mary Jaeckle, etc. No opinion. Judgment and order affirmed, with costs.

DALEY et al., Respondents, v. STUMPP & WALTER CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Charles J. Daley and Charles Sollen, etc., against the Stumpp & Walter Company. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event; on the ground that the plaintiffs did not prove that they delivered the sods contracted for.

DANIEL, Appellant, v. MANHATTAN LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Walter T. Daniel against

the Manhattan Life Insurance Company. No opinion. Judgment affirmed, with costs.

DANZIGER, Appellant, v. SIMMONS et al., Respondents. (Supreme Court, Appellate Division, First Department. July 12, 1906.) In the matter of Nathan Danziger against J. Edward Simmons and others. R. P. Chittenden, for appellant. T. Connoly, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DATE, Respondent, v. NEW YORK GLUCOSE CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 5, 1906.) Action by Albert Henry Date against the New York Glucose Company. No opinion. Motion to resettle order granted.

In re DAYTON. VAN DYKE, Appellant, v. DAYTON, Respondent. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) In the matter of the application of John W. Dayton for revocation of letters of administration granted to Henry E. Van Dyke on the personal estate of Mathilda De Marais Van Dyke, deceased, Henry E. Van Dyke against John W. Dayton. No opinion. Decree of the Surrogate's Court of Kings County reversed, with costs, on the ground that the husband was not disqualified to act as his wife's administrator, and the petition for revocation of letters dismissed, with costs.

DEHLER, Respondent, v. MADER, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Clemmens Dehler against Louis Mader. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event; on the ground that the specifications, which were part of the contract, were not put in evidence.

DELILE, Respondent, v. LONG ISLAND REALTY CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Margaret C. Delile against the Long Island Realty Company, James J. Gormley, and Cadman H. J. Frederick. No opinion. Judgment affirmed, with costs.

DE LUCA v. ARCHER MFG. CO. (Supreme Court, Appellate Division, First Department. June 8, 1906.) Action by Ferdinand de Luca against the Archer Manufacturing Company. No opinion. Motion granted. Order signed.

DEMING, Respondent, v. THOMSEN, Appellant. (Supreme Court, Appellate Division, Second Department. October 5, 1906.) Action by Macy F. Deming, as executor, etc., against Thomas H. Thomsen. No opinion. Judgment affirmed, with costs.

DENHARD, Respondent, v. GILBERT et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) Action by Adam L. Denhard against Abel H. Gilbert, impleaded with Thomas L. James and others. No opinion. Judgment reversed, and

new trial granted, costs to abide the final award of costs; on the ground that there is no finding of pecuniary injury to the plaintiff's assignor, and no evidence returned from which such a finding could be supplied.

DERBY, Respondent, v. DEGNON–McLEAN CONTRACTING CO., Appellant (two cases). (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Actions by Minnie L. Derby and Orville P. Derby against the Degnon-McLean Contracting Company. No opinion. Motion to resettle orders granted.

DERINGER, Respondent, v. COLONIAL LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) Action by Laura Deringer against the Colonial Life Insurance Company of America. No opinion. Motion for reargument denied.

DETWEILER, Appellant, v. DOWLING et al., Respondents. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by Thomas N. Detweiler against John F. Dowling and others. F. H. Field, for appellant. M. Kendall, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DETWEILER, Appellant, v. DOWLING et al., Respondents. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by Thomas N. Detweiler against John F. Dowling and others. F. H. Field, for appellant. P. M. Herzog, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re DEUEL. (Supreme Court, Appellate Division, First Department. June 20, 1906.) In the matter of Joseph M. Deuel. No opinion. Reference ordered.

DEY, Respondent, v. KIPP, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Lafayette Dey against Anna A. Kipp, as administratrix, etc. No opinion. Judgment of the Municipal Court affirmed, with costs.

DIETRICH v. HEIM. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Action by Justus Dietrich against Sophie S. Heim. No opinion. Motion granted, with $10 costs. Order filed.

DINGMAN, Respondent, v. SYLVESTER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 23, 1906.) Action by Yates Dingman against Lewis Sylvester and others. No opinion. Judgment affirmed, with costs.

In re DOELGER'S WILL. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) In the matter of proving the last will and testament of Johanna Doelger, also known as Johanna Doelger Schneider, deceased, etc. No opinion. Decree of Surrogate's Court of Kings County affirmed, without costs.